# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **JOSEPH ANTHONY BAEZ,**<br>              Petitioner,<br>   v.<br>CMF WARDEN ROBERT W. FOX,<br>              Respondent. | **No. SA CV 17-00198-VBF-SHK**<br>**ORDER**<br>Adopting the Report & Recommendation;<br>Denying the Habeas Corpus Petition;<br>Dismissing the Action With Prejudice;<br>Terminating and Closing Action (JS-6) |

This Court has reviewed the briefs (CM/ECF Documents ("Docs") 1, 10, and 14); the United States Magistrate Judge's March 16, 2018 Report and Recommendation ("R&R") (Doc 21); petitioner's April 19, 2018 objections to the R&R; and the applicable law. Respondent has not responded to the objections within the time allotted by Fed. R. Civ. P. 72(b). The Court determines that petitioner's objections are unavailing and that there is no defect of law, fact, or logic in the R&R.

Accordingly, it is ordered that:

Petitioner's objection **[Doc #23] is OVERRULED.**

The Report and Recommendation **[Doc #21] is ADOPTED.**

-1-

1    **The 28 U.S.C. § 2254 petition for writ of habeas corpus [Doc # 1] is DENIED.**

2    This action is DISMISSED with prejudice.

3    The case shall be terminated (JS-6).

4    As required by Fed. R. Civ. P. 58(a), final judgment will be entered as a separate document.

6    IT IS SO ORDERED.

Dated: June 11, 2018

_Valerie Baker Fairbank_
Honorable Valerie Baker Fairbank
Senior United States District Judge