JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSEPH ANTHONY BAEZ,<br>　　　　Petitioner,<br>　　v.<br>CMF WARDEN ROBERT W. FOX,<br>　　　　Respondent. | No. SA CV 17-00198-VBF-SHK<br>FINAL JUDGMENT |

**Final judgment is hereby entered in favor of respondent and against petitioner Joseph Anthony Baez.** IT IS SO ADJUDGED.

Dated: June 11, 2018

　　　　　　　　　　　　　　　　　　／s／ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　Senior United States District Judge